RECEIPT # 63845

PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**United States District Court**

| | District |
|---|---|
| | First District of Massachusetts |
| Name | Prisoner No.        Case No. |
| Wesley A. Ballum | W-69958       05-10874 MLW |
| Place of Confinement | |
| Old Colony Correctional Center 1 Administration Road Bridgewater, Massachusetts 02324 | |
| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
| Wesley A. Ballum | V. Superintendent Bernard Brady |
| The Attorney General of the State of: | |
| Massachusetts | |

Referred to MJ Leo T. Sorokin

## PETITION

1. Name and location of court which entered the judgment of conviction under attack __Dedham Superior Court__

2. Date of judgment of conviction __September 24, 2001.__

3. Length of sentence __Life__

4. Nature of offense involved (all counts) __Massachusetts General Laws 265 §13B, GL 279 § 25, GL 265 § 23, GL 265 § 13 H__

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Massachusetts Appeals Court__

   (b) Result __Denied__

   (c) Date of result and citation, if known __5/25/04      03-P-506__

   (d) Grounds raised __Misconduct, Habitual offender, Trial court erred in allowing a fresh complaint, Committed reversible error on testimony, court violated defendents federal and State constitutional rights.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __S.J.C.__

   (2) Result __Denied 1:28__

   (3) Date of result and citation, if known __7/21/04__

   (4) Grounds raised __Same__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __None__

   (2) Result ____

   (3) Date of result and citation, if known ____

   (4) Grounds raised ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ____

    (2) Nature of proceeding ____

    (3) Grounds raised ____

(3)

AO 241 (Rev. 5/85)

___

___

___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result ___

(6) Date of result ___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___

(2) Nature of proceeding ___

___

(3) Grounds raised ___

___

___

___

___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result ___

(6) Date of result ___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐  No ☒
(2) Second petition, etc.   Yes ☐  No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___

___

___

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Defendents Federal and State Constitutional rights to a fair trial were violated.

Supporting FACTS (state *briefly* without citing cases or law) when the trial court repeatedly admonished Defense counsel before the jury, limited his cross-examination and refused to give curative jury instructions and the Prosecutor willfully committed misconduct in her opening, her direct examinations and her closings all of which prejudiced the Defendent.

B. Ground two: Whether the Trial court erred when it found the Defendent guilty as an habitual offender.

Supporting FACTS (state *briefly* without citing cases or law): The underlying predicate offenses occurred on the same day, at the same time. The Defendent was arrested and booked on both offenses the next day and the Defendent pled guilty to the two offenses on the same day. The trial court relaid on insufficient records to determine one crime and one scheme.

(5)

AO 241 (Rev. 5/85)

C. Ground three: Whether the trial court erred when it allowed fresh complaint testimony

Supporting FACTS (state *briefly* without citing cases or law): The fresh complaint testimony was not prompt, was repetitive, and other infirmities which prejudiced the Defendant.

D. Ground four Whether the trail court commited reversible error when it allowed expert testimony

Supporting FACTS (state *briefly* without citing cases or law): The Commonwealth failed to give the defendant adequate notice of the substance of the testimony and the testimony profiled "perpetrators" and "vulnerable children" which closely mirrored the defendant and the complaining witness.

E. Ground five Were the defendants Federal and State Constitutional right to a fair trial when it denied the defendant's motion to admit evidence of the victim's conduct to show bias and motive to lie.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ___

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  Att. Roberta Woltz

(b) At arraignment and plea  Att. Roberta Woltz

AO 241 (Rev. 5/85)

    (c) At trial    Attorney Theadore Barone

    (d) At sentencing    Attorney Theadore Barone

    (e) On appeal    Attorney Glynis MacVeety

    (f) In any post-conviction proceeding    Attorney Glynis MacVeety

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*April 21, 2005*
(date)

*Wesley Ballum*
Signature of Petitioner

(7)

AO 241 (Rev. 5/85)

# PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions—Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.