Commonwealth of Massachusetts

Norfolk, SS.                                United States District court
                                                    no. _____

Wesley Ballum

-v- 05 - 10874 MLW

Bernard Brady

Motion for Appointment of Counsel

The Plaintiff here By moves this court for an order appointing counsel to represent him in the aboved Captioned Action.

As grounds therefore, The Plaintiff states that he is indigent, and is currently confined at Old Colony Correctional center and is unable to afford private counsel.

Respectfully Submitted,

Date; 4-21-05

Wesley Ballum Pro se
1 Administration Road
Bridgewater, Massachusetts
02324