UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WESLY A. BALLUM,<br>    Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-10874-MLW |
| BERNARD BRADY,<br>    Respondent. | )<br>)<br>)<br>) |  |

### ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance on behalf of Bernard Brady, Respondent in the above-titled action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David M. Lieber
David M. Lieber (BBO# 653841)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200 ext.2827

ATTORNEYS FOR RESPONDENT

Dated:  July 26, 2005