UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WESLY A. BALLUM,<br>    Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-10874-MLW |
| BERNARD BRADY,<br>    Respondent. | )<br>)<br>)<br>) |  |

**SECOND MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING TO PETITION FOR HABEAS CORPUS**

    Respondent, through counsel, respectfully requests that this Court enlarge the time to file an answer or other responsive pleading and to extend the deadline to file such a pleading to September 10, 2005. In support thereof, respondent states that:

    1. Pursuant to this Court's orders of June 22, 2005, and August 8, 2005, an answer or responsive pleading is due on August 26, 2005.

    2. Those orders also require respondent to obtain documents reflecting whether petitioner has exhausted available state remedies.

    3. Undersigned counsel requested the relevant state-court record documents from the Norfolk County District Attorney's Office in late July, 2005, but has not yet received the documents.

    4. Undersigned counsel was advised by the District Attorney's Office that the relevant documents should be duplicated and provided to Respondent no later than the end of next week.

    5. Respondent therefore requires a brief additional period in which to obtain these documents and prepare an appropriate responsive pleading.

    6. Respondent has requested and received one prior, thirty-day extension of this deadline.

For these reasons, respondent respectfully requests that this motion be allowed, and that time to file a responsive pleading be extended to September 10, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated:  August 25, 2005