UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WESLY A. BALLUM,<br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br>    Respondent. | Civil Action No. 05-10874-MLW |

## MOTION TO DISMISS

Respondent, Bernard Brady, moves that this petition for writ of habeas corpus be dismissed pursuant to 28 U.S.C. § 2254(b)(1)(A), because petitioner failed to completely exhaust the remedies available to him in the courts of Massachusetts before filing this petition.

For this reason, and for the reasons set forth in the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss, respondent respectfully requests that this petition be dismissed..

                                              Respectfully submitted,

                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              /s/ David M. Lieber
                                              David M. Lieber (BBO# 653841)
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200 ext.2827

                                              ATTORNEYS FOR RESPONDENT

Dated: September 12, 2005