UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                             )
WESLEY A. BALLUM,            )
        Petitioner,          )
                             )
v.                           )     Civil Action No. 05-10874-MLW
                             )
BERNARD BRADY,               )
        Respondent.          )
_____)
```

## RESPONDENT'S MOTION TO IMPOUND

Respondent, Bernard Brady, moves, pursuant to L.R. 7.2, that an order be issued impounding the records of the state court proceedings in this matter, which identify a minor victim of sexual abuse, and requiring that such documents be sealed and otherwise kept from public view. In support of the motion, respondent states that:

1. The challenged convictions are for the sexual assault of a teenage girl.

2. To support the motion to dismiss filed with this motion, respondent seeks to file a Supplemental Appendix containing certain documents reflecting whether petitioner exhausted his remedies in state court, including petitioner's Application for Further Appellate Review and Appeals Court Brief.

3. These documents identify the victim of these crimes by name, and public release of the names of victims of these crimes is prohibited by M.G.L. ch. 265, § 24C, and portions of these documents were impounded by the Massachusetts Supreme Judicial Court.

4. If this action goes forward, respondent anticipates the need to file further documents from the record that may identify the victim.

Accordingly, respondent respectfully requests that the motion be allowed and that the Court enter an order that:

A. Respondent be permitted to file his Supplemental Appendix under seal, with the name of the victim redacted, and that the Supplemental Appendix be withheld from public view until further order of the court; and

B. Respondent be permitted to file in this action in the future documents from the proceedings below simultaneously with a motion to impound, notwithstanding L.R. 7.2(d), and that all such documents shall be withheld from public view until such motion to impound is granted; and

C. All documents from the proceedings below filed by respondent under a motion to impound be impounded until further order of the court, and that at the termination of this proceeding, such documents are to be returned to the custody of respondent..

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ David M. Lieber
    David M. Lieber (BBO# 653841)
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts  02108
    (617) 727-2200 ext.2827

    ATTORNEYS FOR RESPONDENT

Dated:  September 12, 2005